LARRY L. BAUMBACH
State Bar No. 50086
LAW OFFICES OF LARRY L. BAUMBACH
686 Rio Lindo Avenue
Chico, CA 95926
Telephone: 530-891-6222

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE BOZZER, | Case No.  2:11-cv-00328-MCE-KJN |
| Plaintiff, | **ORDER GRANTING DISMISSAL WITH PREJUDICE** |
| v. | |
| BCD TRAVEL USA, INC.; HEIDI CLEARY, Supervisor; STACIE FARRELL, Supervisor; DOES 1 through 100, Inclusive, | **The Honorable Morrison C. England, Jr.** |
| Defendants. | |

The parties have entered into a Settlement Agreement and the matter has been resolved to the mutual satisfaction of the parties.  A Stipulation and Request for Dismissal with Prejudice was filed with this Court on November 8, 2012.

Accordingly, the parties' Request for Dismissal with Prejudice is GRANTED.

IT IS SO ORDERED.

Dated:  November 21, 2012

_____
MORRISON C. ENGLAND, JR
CHIEF    UNITED STATES DISTRICT JUDGE